

NUMBER 13-20-00166-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF THE MARRIAGE
### OF CHRIS HOLT AND MICHELLE HOLT

### On appeal from the 105th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Chief Justice Contreras**

Appellant attempted to perfect an appeal from a ruling on Special Exceptions and Motion to Strike entered by the 105th District Court of Nueces, County, Texas, in cause number 09-1754-D. The ruling does not appear to be a final appealable order. On March 26, 2020, the clerk of the court notified appellant of this defect so steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 42.3. The notice advised appellant that if the defect was not corrected within thirty days, the appeal would be dismissed. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion the appeal should be dismissed. Accordingly, the appeal is hereby DISMISSED for want of prosecution. *See id.* 42.3(a),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed the 17th
day of September, 2020.

2